IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANE L GRIEGO MEDINA,

    **Plaintiff,**

v.                CIV. NO. 1:17-cv-01149-SMV

NANCY BERRYHILL,
ACTING COMMISONER OF
SOCIAL SECURITY

    **Defendant**

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO REVERSE AND/OR REMAND

Upon consideration of Plaintiff Stipulated Motion for Extension of Time to File her Motion to Reverse and/or Remand (Doc. 13), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until April 17, 2018 to file her Motion to Reverse and/or Remand; Defendant shall have until June 12, 2018 to file a Response, and Plaintiff shall have until July 10, 2018 to file a reply.

                                   BY THE COURT:

                                   _____
                                   Hon. Stephan M. Vidmar

SUBMITTED AND APPROVED BY:

/s/ 03/26/2018                              /s/ 03/26/2018 (by email)
_____     _____
Benjamin E. Decker                         Ms. Jennifer Randall
Attorney for the Plaintiff                  Special Assistant United States Attorney