## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**DIANE L. GRIEGO MEDINA,**

      **Plaintiff,**

      **vs.**                        **CIV. NO. 1:17-cv-01149-SMV**

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

## PROPOSED ORDER

Upon consideration of Defendant's First Unopposed Motion for Extension of Time,

the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion

is well-taken and GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until July 12, 2018 to file her

response to Plaintiff's Motion to Reverse and/or Remand; and Plaintiff shall have until July 26,

2018 to file a reply.

                                    BY THE COURT:

                                    _____

                                    Hon. Stephan M. Vidmar

SUBMITTED AND APPROVED BY:

*/S/ 6/4/18*                         */S/ 6/4/18 (by e-mail)*
Jennifer Randall                     Benjamin E. Decker
Special Assistant United States Attorney     Attorney for Plaintiff