IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DIANE L. GRIEGO MEDINA,**

    Plaintiff,

v.                                                                               **No. 17-cv-1149 SMV**

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security Administration,**

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand [Doc. 15] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

                                                            _____
                                                            **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**
                                                             **Presiding by Consent**