IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DIANE E. GRIEGO MEDINA,**

      **Plaintiff,**

      vs.                                     CIV. NO. 1:17-cv-01149-SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

## ORDER

Upon consideration of Defendant's Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act (EAJA), the Court hereby awards Plaintiff $7,250 in attorney fees under the EAJA, 28 U.S.C. § 2412. The EAJA fees will be paid to Plaintiff but delivered to Plaintiff's attorney. *See Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010); *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007), cert. denied, 129 S. Ct. 486 (2008); *Brown v. Astrue*, 271 F. App'x 741, 743-44 (10th Cir. 2008) (unpublished). It is further ordered that, if Plaintiff's counsel ultimately receives an award of attorney fees pursuant to 42 U.S.C. § 406(b), said attorney must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

The Court also awards costs in the amount of $400, pursuant to 28 U.S.C. § 1920.

DATED this  18th  day of October 2018.

                                              STEPHAN M. VIDMAR
                                              UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,


By:   /s/ Jennifer A. Randall
JENNIFER A. RANDALL
Special Assistant United States Attorney
Attorneys for Defendant

By:   /s/ Benjamin E. Decker
BENJAMIN E. DECKER
Attorney for Plaintiff